IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ANTHONY DITANIEL GREEN,

      Petitioner,

v.                                  Case No.  5D16-4462

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed February 10, 2017

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Anthony Ditaniel Green, Milton, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 28, 2015, judgment and sentence in Case No. 2014-CF-17231-A-O in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, EVANDER and LAMBERT, JJ., concur.